IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP DEWAYNE STEWART     PLAINTIFF

v.     Case No.6:15-CV-06078

SGT. KEVIN STARKEY,
DARREN THRELKELD
(Chief of Field Security),
MARSHALL DALE REED,
WENDY KELLEY (ADC Director), TERRIE BANISTER
(Disciplinary Hearing Officer)     DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 22nd day of March, 2016.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE